**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 25, 2015

Hon.  Paola R. Guerrero
Town Center Tower, Suite 300
2300 W. Pike Blvd.
Weslaco, TX 78596
* DELIVERED VIA E-MAIL *

Hon. Gilberto Hinojosa
Attorney at Law
P.O. Box 1646
Brownsville, TX 78522
* DELIVERED VIA E-MAIL *

Hon. Matthew L. Jones
Attorney at Law
2300 W. Pike Blvd., Ste. 300
P. O. Drawer 1247
Weslaco, TX 78599-1247
* DELIVERED VIA E-MAIL *

Hon.  Robert L. Galligan
Jones, Galligan, Key & Lozano
2300 West Pike Boulevard, Suite 300
P. O. Drawer 1247
Weslaco, TX 78599-1247
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00423-CV
Tr.Ct.No. CCD-0289-F
Style:    In Re Electric Transmission Texas, LLC

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    Hon. Albert Garcia (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr. (DELIVERED VIA E-MAIL)
       Hon. Arturo Guajardo Jr. (DELIVERED VIA E-MAIL)